# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4253

_____

JOSEPH MOTEN,

Appellant,

v.

RONIKA RESHAUD BLAKE and JAI
BHAVANI, INC. d/b/a HORSESHOE
MOTOR LODGE,

Appellees.

_____

On appeal from the Circuit Court for Gadsden County.
Robert R. Wheeler, Judge.

September 5, 2019

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

A. Collin Cherry of the Law Office of Collin Cherry, P.L., Tallahassee, for Appellant.

David A. Theriaque and S. Brent Spain of Theriaque & Spain, Tallahassee, for Appellees.